AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

United States District Court
Southern District of Texas
**FILED**

**MAR 17 2021**

**Nathan Ochsner, Clerk**

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Hector Navarro | ) | Case No. M-21-0561-M |
| (YOB: 1976) | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 2, 2021__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 2250 | knowingly fails to register or update a registration as required by the Sex Offender Registration and Notification Act. |

This criminal complaint is based on these facts:
See Attachement.

☑ Continued on the attached sheet.

Approved for filing by AUSA A. Greenbaum

/s/ Miguel Olaguez
*Complainant's signature*

Miguel Olaguez, DUSM
*Printed name and title*

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr. P. 4.1, and probable cause found on:

Date: __03/17/2021    2:28PM__

*Judge's signature*

City and state: __McAllen, Texas__

Nadia S. Medrano, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT

On November 27, 2007, Hector Navarro was convicted of Lewd Conduct with a Minor under Sixteen, in the State of Idaho. Navarro was sentenced to twelve and one-half years imprisonment and was required to register as a sex offender for life under the Sex Offender Registration and Notification Act ("SORNA").

On September 30, 2020, after being released from prison in Idaho, Navarro registered as a sex offender in Idaho. Navarro listed an address in Caldwell, Canyon County, Idaho, as his primary address.

On March 2, 2021, Deputy U.S. Marshal Olaguez and Task Force Officer Rivera encountered Navarro in Donna, Texas. After Miranda rights advisement and waiver, Navarro stated that on August 31, 2020, he was released on parole from the Idaho state prison. He stated that, upon his release from jail, he was notified about his duty to register as a sex offender and registered in Idaho. He stated that in November 2020, he went to live with his mom in Edinburg, Texas. Navarro also stated that in January 2021, he started working at his father's business in Donna, Texas. Navarro admitted he knew he was supposed to register as a sex offender but stated he did not because he absconded from Idaho.

From the time Navarro registered with the Canyon County Sheriff's Office on September 30, 2020, through March 2, 2021, Navarro had not registered with any local or state law enforcement authority as required by SORNA.